IN THE UNITED STATES BANKRUPTCY COURT
FOR THE ARIZONA

| | |
|---|---|
| In re: | CHAPTER 7 |
| JUDY ANN HUNT | CASE NO. 2:12-bk-27114-DPC |
| Debtor(s) | ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $33,801.50 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

DATED AND SIGNED ABOVE